# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIAZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01670-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISREGARD MOTION FOR EXTENSION OF TIME TO FILE CONSENT<br>(ECF No. 10)<br><br>ORDER DISREGARDING MOTION FOR EXTENSION OF TIME TO FILE CONSENT<br>(ECF No. 7) |

Plaintiff Lewis Anderson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on December 7, 2018. (ECF No. 1.)

On December 26, 2018, Plaintiff filed a motion for an extension of time to file his consent to jurisdiction of a United States Magistrate Judge over this action. (ECF No. 7.) On January 7, 2019, before the motion was decided, Plaintiff filed his consent as well as a motion to disregard his prior motion for extension of time. (ECF Nos. 9, 10.) Accordingly, the motion to disregard, (ECF No. 10) is HEREBY GRANTED, and the motion for extension of time, (ECF No. 7), is DISREGARDED.

IT IS SO ORDERED.

　Dated:　**January 9, 2019**　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1