# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS ANDERSON,<br><br>   Plaintiff,<br><br> v.<br><br>DIAZ, et al.,<br><br>   Defendants. | Case No. 1:18-cv-01670-AWI-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF Nos. 14, 15) |

   Plaintiff Lewis Anderson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on December 7, 2018. (ECF No. 1.)

   On December 27, 2018, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that he be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 8.) Plaintiff filed objections, together with a motion for summary judgment, on January 11, 2019. (ECF Nos. 12, 13.)

   On February 26, 2019, the undersigned issued an order adopting the findings and recommendations and ordering Plaintiff to pay the $400.00 filing fee in full within twenty-one (21) days. (ECF No. 14). Plaintiff's motion for summary judgment was denied as premature. In that order, Plaintiff was also warned that if he failed to pay the filing fee within the specified

1

time, the action would be dismissed without further notice. (Id. at 3.) The deadline to pay the filing fee has expired, and Plaintiff has failed to comply. Instead, Plaintiff filed a renewed motion for summary judgment on March 4, 2019. (ECF No. 15.)

As Plaintiff was previously informed, a motion for summary judgment is premature in this action. Nevertheless, the Court has reviewed the filing to determine whether it is pertinent to Plaintiff's failure to comply with the Court's order. Nothing in Plaintiff's renewed motion indicates that he is willing to pay the filing fee in order to proceed with this action. In addition, the arguments presented in that motion are unrelated to the Court's finding that Plaintiff is subject to the "three strikes" bar under 28 U.S.C. § 1915(g) and that he has failed to allege an imminent danger of serious physical injury at the time the complaint was filed.

Because Plaintiff has failed to obey the Court's order and pay the appropriate filing fee, this case cannot proceed. This matter will be dismissed. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's order of February 26, 2019, (ECF No. 14), and his failure to pay the filing fee;
2. Plaintiff's motion for summary judgment is DENIED; and
2. The Clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  April 2, 2019  

SENIOR DISTRICT JUDGE